UNITED STATES DISTRICT COURT
CONNECITCUT

VITTORIA AMASINO

      Plaintiff,

V.                                     CIVIL ACTION NO

FRONTLINE ASSET STRATEGIES, LLC

Defendant.                          MARCH 23, 2015

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in North Branford, CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant FrontLine Asset Strategies, LLC, is a debt collector within the FDCPA and has a principal place of business located at 2700 Snelling Avenue North, Roseville, MN 55113.

6. Defendant is or was engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempted to collect consumer

debts alleged to be due to another in the State of Connecticut.

7.  On or about January, 2015, Defendant through a collection agent who identified himself as Songa, attempted to collect a allegedly delinquent consumer credit card debt, currently owed to LVNV Funding LLC by calling the home of Plaintiff and speaking to her son.

8.  In the collection efforts, the Defendant communicated with a third party and discussed the fact the Plaintiff owed an alleged debt to the Plaintiff's son.

9.  Defendant through their collection agent violated the FDCPA, § 1692c by calling the home of the Plaintiff and speaking with a third party not obligated on the debt.

10. In the collection efforts, the Defendant violated the FDCPA; inter alia §1692c.

**SECOND COUNT**

11. The allegations of the First Count are repeated and realleged as if fully set forth herein.

12. Within three years prior to the date of this action, Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a et seq, including but not limited to communications with 3rd parties, prohibited by the FDCPA § 1692c and also making false, deceptive and misleading statements in violation of §1692e.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff statutory damages pursuant to the FDCPA.

2. Award Plaintiff statutory damages pursuant to CUTPA

3. Award Plaintiff costs of suit and a reasonable attorney's fee.

4. Award such other and further relief as this Court may see fit.

THE PLAINTIFF

BY/S/Bernard T. Kennedy
   Bernard T. Kennedy, Esquire
   Kennedy Law Firm
   1204 Main Street, #176
   Branford, CT 06405
   (443) 607- 8901
   (443) 440-6372 Fax
   Fed. Bar # ct00680
   bernardtkennedy@yahoo.com